# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| SCOTT PHILLIPS, Individually and as Special Administrator of the Estate of Malinda J. Phillips, Deceased, | ) ) ) ) ) ) ) ) ) ) | Case No. Date: Time: | CIV-20-232-RAW 1/4/2024 1 hour and 14 minutes |
| Plaintiff, | | | |
| v. | | | |
| UNITED STATES OF AMERICA | | | |
| Defendant. | | | |

## MINUTE SHEET – NON-JURY TRIAL

| | | |
|---|---|---|
| Ronald A. White, Judge | Teka Stephens, Deputy Clerk | Joanna Smith, Court Reporter Courtroom 2, Rm. 224 |

Counsel for Plaintiff:  Donald E. Smolen, II, Jack Warren, Tye H. Smith and Sheldon Smith

Counsel for Defendant:  Michael J. O'Malley and Alexander J. Sisemore

| **TIME** | **MINUTES** |
|---|---|
| 9:57 a.m. | Appearances made. Court referenced the previous hearing and advised it reviewed the transcripts of the depositions of expert witnesses. |
| 9:59 a.m. | Plaintiff rested. Government rested. Court advised it would allow Counsel thirty minutes each for closing statements. Court inquired and Counsel confirmed they reviewed and were in agreement as to the admitted exhibits. |
| 10:03 a.m. | Closing statements by Counsel. |
| 10:49 a.m. | RECESS |
| 11:15 a.m. | RECONVENE |
| | Court gave oral Findings of Fact and Conclusion of Law. Judgment will be entered in the Plaintiff's favor. (RAW) |
| | Government's Motion for Judgment (Dkt. No. 108) and Plaintiff's Motion for Judgment on Partial Findings (Dkt. No. 109) are deemed MOOT (RAW). |
| | Nothing further. |
| 11:53 a.m. | Court adjourned. |